# UNITED STATES DISTRICT COURT
### District of Minnesota

U.S. Securities and Exchange Commission,

                                Plaintiff(s),

v.

James E. Hengen,

                                Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number:     18-cv-3135 (WMW/DTS)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The motion to approve the parties' Proposed Consent Judgment, (Dkt. 6), is **GRANTED** and the Court retains jurisdiction over this matter as outlined in the Proposed Consent Judgment.

Date:  February 8, 2019

                      KATE M. FOGARTY, CLERK

                             s/Jennifer Beck

                  (By)  Jennifer Beck, Deputy Clerk